Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080
E-mail: klussier@berryperkins.com

Attorney for Plaintiff
LIFTED RESEARCH GROUP, INC., a California Corporation

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALI AKBAR BIGLARPOUR d/b/a URBAN UNDERGROUND OUTFIT d/b/a URBAN UNDERGROUND OUTFITS d/b/a UUO and DOES 1-10,<br><br>Defendants. | Case No. SACV08-0033 JVS (ANx)<br><br>(Complaint filed: January 11, 2008)<br><br>**PERMANENT INJUNCTION**<br><br>DATE:   July 21, 2008<br>TIME:    1:30 p.m.<br>PLACE: Crtrm: 10C<br><br>The Honorable Judge James V. Selna |

   This action came on for hearing before the Court, on July 21, 2008 at 1:30 p.m., Honorable James V. Selna, District Judge Presiding, on Plaintiff Lifted Research Group, Inc.'s (LRG) Motion For Entry of Default Judgment Against Ali Akbar Biglarpour d/b/a Urban Underground Outfit d/b/a Urban Underground Outfits d/b/a UUO ("Biglarpour" or "Defendant"), and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

1    IT IS ORDERED AND ADJUDGED Defendant Ali Akbar Biglarpour d/b/a
2 Urban Underground Outfit d/b/a Urban Underground Outfits d/b/a UUO and his
3 respective officers, agents, servants, employees, representatives, and all persons
4 acting in concert and participation with them are hereby restrained and enjoined,
5 from: manufacturing or causing to be manufactured, importing, advertising, or
6 promoting, distributing, selling or offering to sell counterfeit and infringing goods;
7 bearing any trademarks and/or copyrighted work owned by LRG; using any
8 trademarks and/or copyrighted work owned by LRG in connection with the sale of
9 any unauthorized goods; using any logo, and/or layout which may be calculated to
10 falsely advertise the services or products of Defendant Ali Akbar Biglarpour d/b/a
11 Urban Underground Outfit d/b/a Urban Underground Outfits d/b/a UUO as being
12 sponsored by, authorized by, endorsed by, or in any way associated with LRG;
13 falsely representing themselves as being connected with LRG through sponsorship
14 or association; engaging in any act which is likely to falsely cause members of the
15 trade and/or of the purchasing public to believe any goods or services of Defendant
16 Ali Akbar Biglarpour d/b/a Urban Underground Outfit d/b/a Urban Underground
17 Outfits d/b/a UUO are in any way endorsed by, approved by, and/or associated with
18 LRG; using any reproduction, counterfeit, copy, or colorable imitation of any
19 trademark and/or copyrighted work owned by LRG in connection with the
20 publicity, promotion, sale, or advertising of any goods sold by Defendant Ali Akbar
21 Biglarpour d/b/a Urban Underground Outfit d/b/a Urban Underground Outfits d/b/a
22 UUO, including, but not limited to, jeans and shirts; affixing, applying, annexing or
23 using in connection with the sale of any goods, a false description or representation,
24 including words or other symbols tending to falsely describe or represent Defendant
25 Ali Akbar Biglarpour d/b/a Urban Underground Outfit d/b/a Urban Underground
26 Outfits d/b/a UUO goods as being those of LRG or in any way endorsed by LRG;
offering such goods in commerce; and from otherwise unfairly competing with
LRG; and effecting assignments or transfers, forming new entities or associations

BERRY & PERKINS
A PROFESSIONAL CORPORATION

1 or utilizing any other device for the purpose of circumventing or otherwise avoiding
2 the prohibitions set forth above.
3     IT IS SO ORDERED
4 Dated: August 07, 2008

                                                            _____
                                                            JAMES V. SELNA
                                                            UNITED STATES DISTRICT JUDGE

BERRY & PERKINS
A PROFESSIONAL CORPORATION

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Berry & Perkins (the "business"), 2049 Century Park East, Suite 950, Los Angeles, California 90067.

On August 7, 2008, I caused the following document to be served: **[PROPOSED] PERMANENT INJUNCTION** in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Ali Akbar Biglarpour
d/b/a Urban Underground Outfit
d/b/a UUO
3651 S. Crenshaw Blvd.
Los Angeles, CA  90016

**_X_ BY REGULAR U.S. MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

**___ BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:** I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

**___ BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above address(es).

**___ (State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**_X_ (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 7, 2008, at Los Angeles, California.

/s/ Kate E. Oyler
Kate E. Oyler